JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PAULUS MARIANO | Case No. 5:26-cv-01411-JLS-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| D. MARIN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: May 18, 2026

_____
JOSEPHINE L. STATON
United States District Judge